USCA1 Opinion

 

 January 4, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2003 VICTOR G. FIELDS, Plaintiff, Appellant, v. CITY OF BROCKTON, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Victor G. Fields on brief pro se. ________________ Frank A. Smith, III, Jeffrey J. Clark and Frank A. Smith, III & ___________________ ________________ ______________________ Associates, on brief for appellee. __________ ____________________ January 4, 1995 ____________________ Per Curiam. We affirm the judgment of dismissal __________ for the reasons stated in the district court's June 30, 1994 and August 15, 1994 orders. Affirmed. ________